S. AMANDA MARSHALL, OSB #953473
United States Attorney
District of Oregon
DOUGLAS W. FONG, OSB #842195
Assistant United States Attorney
310 West Sixth Street
Medford, OR 97501-2711
(541) 776-3564

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID DUANE EVERIST, )<br>)<br>Defendant. )<br>_____ ) | 1:12-po-00001-PA<br><br>**GOVERNMENT'S SENTENCING MEMORANDUM** |

## INTRODUCTION

Defendant was convicted by the court of the following:

**1. Occupying or Using a Residence on National Forest Lands Without Authorization,** in violation of 36 C.F.R. § 261.10(b)

**2. Using or occupying National Forest System lands Without an Approved Operating Plan**, in violation of 36 C.F.R. § 261.10(p).

**3. Cutting or Damaging Timber or Trees Without Authorization,** in violation of 36 C.F.R. § 261.6.

The maximum penalty for each count is 6 months imprisonment and a $500 fine. 36 C.F.R. § 261.1b. Defendant also has two previous convictions for similar offenses at the same mining claim.

In **1:09-mj-04012-CL**, defendant was charged with Leaving Refuse or Debris at the same mining claim. On June 24, 2009, he was convicted and assessed a $50 fine. Defendant's motion to dismiss on the grounds that the Forest Service had no jurisdiction over his mining claim was denied and affirmed on appeal.

In **09-cr-00479-MO**, defendant was charged and convicted of Unlawfully Occupying or Using a Residence on National Forest Lands, 36 C.F.R. § 261.10(b), occurring from November 2008 to November 2009. He was sentenced on September 27, 2010 to one year probation, a $750 fine, with $650 waived if defendant complied with his probation conditions, which included:

> The defendant is prohibited from mining activity on Forest Service Land for one (l) year. The defendant can mine on BLM Land, but cannot mine with residency or occupy for a period of one (1) year. The defendant must provide prior notice to the BLM before mining on their land for one (l) year.

Defendant's motion to dismiss on the grounds that the Forest Service had no jurisdiction over his mining claim was denied and affirmed on appeal.

Defendant was also given an opportunity by the court and the government to remove his possessions from the mining claim. Defendant failed to remove his trailers, which necessitated the Forest Service removing them at a cost of $1250 on September 27, 2012. (See Attachment A.) To date, the Forest Service continues to incur storage fees of approximately $80.00 per day.

As this is defendant's <u>third</u> conviction for unlawful activities of public lands, the government recommends that the court sentence defendant to 3 years' probation with the following conditions:

> 1. Defendant shall serve 30 days jail.
>
> 2. The defendant shall pay a $1000.00 fine, due immediately in full. $800.00 of the fine will be suspended if the defendant complies with the conditions of supervision.
>
> 3. The defendant shall not commit any new federal, state, or local crimes.

4. The defendant shall not possess a controlled substance.

5. The defendant shall notify the Court of any material change in his economic circumstances that might affect his ability to pay his fine, restitution, and assessment.

6. The defendant is prohibited from residing, occupying, or conducting any mining activity on Forest Service or BLM lands for 3 years.

7. The defendant shall pay restitution of $1250.00 to the U.S. Forest Service for the cost of removing his trailers from public lands, as well as $800 in storage fees.

Finally, the government requests that the court authorize disposal of defendant's two trailers if defendant does not take possession of them from the Dick's Towing impound lot within 10 days of the sentencing date.

Dated this 10th day of October, 2012.

Respectfully submitted,
S. AMANDA MARSHALL
United States Attorney

*/s/ Douglas W. Fong*
DOUGLAS W. FONG
Assistant United States Attorney

# DICK'S WRECKER SERVICE

(541) 772-4040
MAILING ADDRESS
P.O. BOX 1025
MEDFORD, OR 97501

ASHLAND • MEDFORD
PUC #39806   ICC #MC124462
FED. ID #93-0977612

**174765**

DATE: 27 Sept 12

NAME: Kevin
PHONE: 541-471-6727
FAX: 541-471-6512

NAME (BILL TO): U.S. Dept. of Agriculture
PHONE: (541) 618-2153
ADDRESS: SA Michael Gardiner

LOCATION: Thompson Crk Rd X 1020 Rd
TOWED TO: Yard (Med)
MODEL: SD Travel Trailer   COLOR: Yellow

MLS TO: 37
MLS TOWED: 37
TOTAL MLS R/T: 74
T CODE: 11
TRUCK #: 35 W01
DRIVER: New E3

VIN: Blue/White Truck Camper

REMARKS:
Charge Code 0610-N FmG 10-12

CALLED BY: USDA

CHARGES TOTAL: 1250.00