*U S/v David D Everist*
*case#'s 09-479-mo*
*1:12-PO-0000-1-PA*

# Medford
# Disability Services Office

**Rogue Valley Council of Governments**

For information or assistance, call 541-776-6210     Fax: 541-776-6251

*(541) 776-6137*

Client: **DAVID EVERIST**     Date: **12/3/12**

You have an intake appointment scheduled on: **Dec 19 @ 10AM**

at: **10 AM**     with: **Jeannette x1**

Please be on time. If you are unable to make this appointment, or are unable to provide the verifications requested below, be sure to contact us and let us know.

The following checked items are due by **Wednesday Dec. 19**
FAILURE TO PROVIDE THESE ITEMS BY THIS DATE MAY RESULT IN YOUR APPLICATION BEING DENIED. If possible, bring them with you to the appointment so the processing of your application isn't delayed.

**X** Verification of **ALL** income and resources (see attached list for examples)

___ Verification of Identity (see attached list for examples)

___ Verification of Social Security number (see attached list for examples)

**X** Verification of Citizenship (see attached list for examples)

**X** Completed Disability Referral form including names **AND** addresses of all medical providers seen in the past year and a 15 year work history (enclosed)

**X** Verification of Application with the Social Security Administration (call 1-800-772-1213 to start the application process if you haven't done this yet or on line at www.ssa.gov)

___ Other: _____

05/2009

— Address: 28 W 6th Street, Suite D • Mail: PO Box 880 • Medford, OR 97501 —

# PROVIDENCE
Medford
Medical Center

☐ Cardiology
☐ General Surgery
☐ Medford Pediatrics
☐ Shady Cove

☐ Central Point
☐ Jacksonville
☐ OB/Gyn
☐ Siskiyou Surgical

☐ Doctors
☐ Medford Family
☐ Phoenix Family

CASE #1, 12-PO-0001-PA

RECVD 12 DEC 6 8:42 USDC-ORM

## AUTHORIZATION TO RELEASE MEDICAL INFORMATION

Patient Name: David Everist         Birthdate: 6/14/1960
Current Address: 7447 Thompson Creek RD, Jacksonville OR 97530
Home Phone: 541-531-7273   Work Phone: _____   Social Security #: _____

**I AUTHORIZE INFORMATION**
Medford Medical Clinic
555 Black Oak Dr.
Medford Oregon 97504
541-732-8430

**PLEASE SEND MY RECORDS TO:**
Medford Medical Clinic
_Facility to Receive Information_
Dr. Taher
_Title / Physician, Healthcare Facility, Other_
555 Black Oak Drive
_Address_
Medford OR, 97504
_City, State, Zip_

☐ Referral / Consultations   ☐ Other: _____
☑ Yes   ☐ No

lical records. All faxed materials will contain a confidentiality statement;
eceiving end can not always be guaranteed.

### TYPE OF INFORMATION TO BE RELEASED

☑ All items below

☐ Medication Summary      ☐ History and Physical      ☐ Pathology Reports
☐ Consultations           ☐ Laboratory Reports        ☐ Progress Notes
☐ Discharge Summary       ☐ Operative Reports         ☐ X-ray Reports

For the following dates of service: From ___/___/___ to ___/___/___ all records pls

**PROTECTED OR SENSITIVE INFORMATION:** I understand that certain information can not be released without specific authorization as required by state / federal law. **By signing** I authorize the release of the following protected or sensitive information:

☑ Drug abuse diagnosis / treatment        ☑ Alcoholism diagnosis / treatment
☑ Mental health / treatment               ☑ AIDS/HIV test results and related information including high risk behavior documentation

**AUTHORIZATION TO RELEASE INFORMATION:**

Signature: David Everist     Relationship to Patient: Self     Date: 12/6/12

This authorization is valid for six months and may be revoked by the patient (orally or in writing) at any time prior to six months.

297475 4/07

US / David Everist
Legal Notice
Case # 09-479-MO
Case 1:12-PO-0000-1-BA

**DHS** Oregon Department of Human Services
Seniors and People with Disabilities

| Branch: | Prime number: | Program: | Date of birth: |
|---|---|---|---|
| Case name: | | | Date sent: |
| Worker name: | | ID: | Phone: |

## Disability Referral

### 1  Client

Last name: Everist   First name: David   Initial(s): D
Address: 7447 Thompson crrd OR 97530
City: Applegate   State: OR   ZIP code: 97530
Sex: [X] Male  [ ] Female   Phone: 541-531-7273
Marital status: [X] Single  [ ] Married  [ ] Separated  [ ] Divorced  [ ] Widowed

### 2  Health

Age: 52   Height: 6'1"   Weight: 150

List all disabling condition(s): 9 years old to 16 Priccipt By Dr DixDeen for Hyperactive in My 20 Teew left shoulder reconstruction now have arthizeis caterack left eye Focus Deptis Disorder That case by USFS USDA US Attorney, and US Assit Doung Ford

Describe how your disabling condition(s) affect your ability to perform daily activities or prevent you from working: Cause PTSD and compulse Behavor for writing Legal notices USDI BLM USDA, USFS US Attorney, US assint Douglas

Date first bothered by these conditions: Feb 9 2009, Dec 18 Foug DHLS, FBI magstrate 2010 All
Date condition(s) caused you to stop work: magstrate Clark Feb 23, 2012 new
Have assistive devices been prescribed for you by a medical provider? Clark oct 30, 2012
[X] Yes  [ ] No   eye Glass magstrate Clark Nov 28, 2012
If yes, please describe: I wear Eye glass Clark Nov 30, 2012 cause me to stop
and Judge Mosman sept 29 2010 cause me to stop Nov 16 2012
Theres next for Jackson County writing Legal in own

### 3  Education

Grade level completed: 12 grade cause me to stop
Did you attend special education classes? [X] Yes  [ ] No
Vocational training/special licenses:

Nov oct 15 2012 corpoxes Buckmen Sleeping on duty
officer Himgins
officers Buckmen

Page 1 of 3
SDS 0708 (12/...)

## 4 Employment

Have you ever worked?  ☒ Yes   ☐ No
If yes, please list the jobs you have had in the last 15 years.

**Job 1**   Job title: _____   Days per week: _____
Monthly gross: _____
Dates of employment: From: _____ To: _____
Type of industry: _____
**Job duties:** (what did you do?) groundman power untilty contracter
Reason for leaving: Lay off every time work u4oiu Hire Hall IBEW

**Job 2**   Job title: _____   Days per week: _____
Monthly gross: _____
Dates of employment: From: _____ To: _____
Type of industry: _____
**Job duties:** (what did you do?)


Reason for leaving: _____

**Job 3**   Job title: _____   Days per week: _____
Monthly gross: _____
Dates of employment: From: _____ To: _____
Type of industry: _____
**Job duties:** (what did you do?)


Reason for leaving: _____

## 5 Medical providers

Tell us who may have medical records or other information about your illness, injuries or conditions. Please list all physicians, medical providers, hospitals and clinics that you have visited in the **last year.** For mental health providers, please list the last 3 years.

**A.**  Provider: ~~[redacted]~~   Specialty: # 541 664
Address: _____